## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APRIL PLOEGER,                              :
                                            :
                          Plaintiff,        :
                                            :
            vs.                             :     No. 2:19-cv-05978
                                            :
PENNSYLVANIA CVS PHARMACY, LLC              :     JURY TRIAL DEMANDED
a/k/a, d/b/a, t/a CVS PHARMACY #4007, a/k/a, :
d/b/a, t/a CVS PHARMACY, INC., et al.       :
                                            :
                          Defendants.       :
                                            :

### STIPULATION TO EXTEND TIME
### FOR FILING OF CERTIFICATES OF MERIT

It is hereby STIPULATED and AGREED by Counsel for Plaintiff and Counsel for Defendants, Pennsylvania CVS Pharmacy, L.L.C. (incorrectly named by Plaintiff as "Pennsylvania CVS Pharmacy, LLC a/k/a, d/b/a, t/a CVS Pharmacy #4007, a/k/a d/b/a t/a CVS Pharmacy, Inc."), and CVS Health Corporation, that Plaintiff shall file and serve Certificates of Merit no later than Wednesday, February 19, 2020. It is further STIPULATED and AGREED that Plaintiff shall not request or seek, by motion or any other method, any further extension of time with respect to filing and service of Certificates of Merit.

**MARCIANO & MACAVOY, P.C.**

Dated:

BY:

PATRICK D. MACAVOY, ESQUIRE
I.D. #
16 W. FRONT STREET
MEDIA, PA 19063
PHONE: 610-566-6500
EMAIL:
PMACAVOY@MARCIANOLEGAL.COM
ATTORNEYS FOR PLAINTIFF

**POST & SCHELL, P.C.**

Dated: 1/17/2020

BY:

AMALIA V. ROMANOWICZ, ESQUIRE
I.D. # 65412
A. BRYAN TOMLINSON, ESQUIRE
I.D. # 206114
FOUR PENN CENTER, 13TH FLOOR
1600 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA  19103-2808
PHONE: 215-587-1000
FACSIMILE: 215-587-1444
E-MAIL:
AROMANOWICZ@POSTSCHELL.COM
BTOMLINSON@POSTSCHELL.COM
ATTORNEYS FOR DEFENDANTS,
PENNSYLVANIA CVS PHARMACY, LLC AND
CVS HEALTH CORPORATION

Stipulation to Extend Time
for Filing Certificates of Merit

**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

APRIL PLOEGER,                    :
                                  :
                    Plaintiff,    :
                                  :
        vs.                       :   No. 2:19-cv-05978
                                  :
PENNSYLVANIA CVS PHARMACY, LLC    :   JURY TRIAL DEMANDED
a/k/a, d/b/a, t/a CVS PHARMACY #4007, a/k/a,  :
d/b/a, t/a CVS PHARMACY, INC., et al.   :
                                  :
                    Defendants.   :
                                  :

## ORDER

AND NOW, this ___21___ day of ____January____, 2020 upon consideration of

the *STIPULATION TO EXTEND TIME FOR FILING OF CERTIFICATES OF MERIT*, it is

hereby ORDERED that said stipulation is APPROVED. It is further ORDERED that Plaintiff

shall file and serve Certificates of Merit no later than Wednesday, February 19, 2020. It is

further ORDERED that Plaintiff shall not request or seek, by motion or any other method, any

further extension of time with respect to filing and service of Certificates of Merit.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**