IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APRIL PLOEGER, | : | CIVIL ACTION |
| | : | NO. 19-05978 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA CVS PHARMACY, LLC, | : | |
| a/k/a CVS PHARMACY #4007 a/k/a | : | |
| CVS PHARMACY, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **13th** day of **February, 2020**, following an initial pretrial conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is hereby **ORDERED** that:

1. The initial pretrial conference is **CONTINUED** until further order of the Court.

2. Plaintiff's counsel shall inform the Court of whether Plaintiff wishes to proceed with the case by **March 13, 2020**. In the event Plaintiff wishes to proceed, a scheduling order shall issue.

3. The date by which Plaintiff shall file and serve Certificates of Merit is **EXTENDED** to **April 13, 2020.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
EDUARDO C. ROBRENO,    J.