IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL PLOEGER,<br><br>Plaintiff,<br>vs.<br><br>PENNSYLVANIA CVS PHARMACY, LLC<br>a/k/a, d/b/a, t/a CVS PHARMACY #4007,<br>a/k/a, d/b/a, t/a CVS PHARMACY, INC.,<br>et al.<br><br>Defendants. | :<br>:<br>:<br>:  19-CV-No. 05978<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

| MARCIANO & MacAVOY, P.C. | POST & SCHELL, P.C. |
|---|---|
| By: _/s/_ <br>KEVIN R. MARCIANO, ESQUIRE<br>PATRICK D. MacAVOY, ESQUIRE<br>I.D. NO. 65901/209005<br>16 W. Front Street<br>Media, PA 19063<br>(610) 566-6500<br>Fax (610) 566-6501<br>kmarciano@marcianolegal.com<br>pmacavoy@marcianolegal.com<br>Attorneys for Plaintiff | By: _/s/_ <br>AMALIA V. ROMANOWICZ, ESQUIRE<br>A. BRYAN TOMLINSON, ESQUIRE<br>Four Penn Center, 13th Floor<br>1600 JFK Boulevard<br>Philadelphia, PA  19103<br>(215) 587-1444<br>aromanowicz@postschell.com<br>btomlinson@postschell.com<br>Attorneys for Defendants<br>Pennsylvania CVS Pharmacy, LLC<br>a/k/a, d/b/a, t/a CVS Pharmacy<br>#4007, a/k/a, d/b/a, t/a CVS<br>Pharmacy and CVS Health<br>Corporation |

Date: March 13, 2020

## ORDER

**IT IS HEREBY ORDERED AND DECREED,** this       day of                  , 2020, that the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

_____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing filing was sent via electronic filing to all counsel of record indicated below.

| | |
|---|---|
| Amalia V. Romanowicz, Esq.<br>Post & Schell<br>Four Penn Center, 13th Floor<br>1600 JFK Boulevard<br>Philadelphia, PA  19103<br>aromanowicz@postschell.com<br>(215) 320-4716 | A. Bryan Tomlinson, Esq.<br>Post & Schell<br>Four Penn Center, 13th Floor<br>1600 JFK Boulevard<br>Philadelphia, PA  19103<br>btomlinson@postschell.com<br>(215) 587-1444 |

By: *Patrick D. MacAvoy*
    KEVIN R. MARCIANO, ESQUIRE
    PATRICK D. MacAVOY, ESQUIRE
    Attorneys for Plaintiff

Date:  March 13, 2020