# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL PLOEGER, | : |
| Plaintiff, | : |
| vs. | : 19-CV-No. 05978 |
| PENNSYLVANIA CVS PHARMACY, LLC a/k/a, d/b/a, t/a CVS PHARMACY #4007, a/k/a, d/b/a, t/a CVS PHARMACY, INC., et al. | : |
| Defendants. | : |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**MARCIANO & MacAVOY, P.C.**

By: _____
KEVIN R. MARCIANO, ESQUIRE
PATRICK D. MacAVOY, ESQUIRE
I.D. NO. 65901/209005
16 W. Front Street
Media, PA 19063
(610) 566-6500
Fax (610) 566-6501
kmarciano@marcianolegal.com
pmacavoy@marcianolegal.com
Attorneys for Plaintiff

**POST & SCHELL, P.C.**

By: _____
AMALIA V. ROMANOWICZ, ESQUIRE
A. BRYAN TOMLINSON, ESQUIRE
Four Penn Center, 13th Floor
1600 JFK Boulevard
Philadelphia, PA 19103
(215) 587-1444
aromanowicz@postschell.com
btomlinson@postschell.com
Attorneys for Defendants
Pennsylvania CVS Pharmacy, LLC
a/k/a, d/b/a, t/a CVS Pharmacy
#4007, a/k/a, d/b/a, t/a CVS
Pharmacy and CVS Health
Corporation

Date: March 13, 2020

**ORDER**

**IT IS HEREBY ORDERED AND DECREED,** this 17 day of March, 2020, that the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

_____
United States District Judge